```
 1  KAREN P. HEWITT                                FILED
    United States Attorney
 2  DAVID M. McNEES                                2008 MAY -1  PM 3: 01
    Special Assistant U.S. Attorney
 3  California State Bar No. 216612                CLERK U.S. DISTRICT COURT
    Federal Office Building                        SOUTHERN DISTRICT OF CALIFORNIA
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893               BY_____YNH_____DEPUTY
 5  Telephone: (619) 557-5979
    E-mail: david.mcnees@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No. '08 CV 0800 H JMA |
|---|---|
| Plaintiff, | ) COMPLAINT FOR FORFEITURE |
| v. | ) |
| $54,980.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

By way of complaint against the defendant, $54,980.00 IN U.S. CURRENCY (hereinafter "defendant currency"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Sections 1345 and 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 21, United States Code, 881(j) because the acts or omissions giving rise to the forfeiture occurred in this district.

3. In October 2007, Drug Enforcement Agents and Sheriff's South East Narcotics Team requested a court ordered wiretap for authorization to intercept communications from multiple cellular phones. The order was signed by a San Diego Superior Court Judge. The request was part of an April 2007 investigation into the Ontiveros Methamphetamine Trafficking Organization ("OMTO"), a distribution group based in San Diego. During the course of the investigation, the following leadership cell was identified: Rafael Lopez-Ontiveros ("Rafa") head of the OMTO; Guillermo Ontiveros ("Guillermo"), a minor, facilitator and mid-level courier for the OMTO; Hector Hugo Bernabe-Romero

2008V00115:DMM:tlr

("Porky") facilitator and mid-level courier for the OMTO; and Ezequiel Rueda-Magana ("Huicho") courier for the OMTO.

The interceptions on the wiretap discussing the tens of thousands of dollars in cash that Rafa has made from methamphetamine sales, and the illegal transport of that money into Mexico began between Rafa, Guillermo, Porky and Huicho in October 2007. On more than one occasion, Rafa instructed Guillermo to deliver drugs to clients and collect payment as soon as the transaction was completed. Several conversations detailed Rafa calling his father, Hermilo Lopez-Raya, about current prices of a pound of methamphetamine. Rafa stated that the methamphetamine in his possession was "powdery," which agents believe refers to the lack of large "rocks" or "shards" that are more desirable to the addict and increase the value of the product. Rafa concluded that he sold only one "L" which is street slang for a pound. He then continued to state that he can sell "3" per week. A month later, Rafa spoke with a Mexico source of methamphetamine supply, regarding the methamphetamine debts he owed and will pay.

In November, 2007, investigators intercepted conversations about one of Rafa's residences at 8240 Lincoln Street, El Cajon, CA. He explained that it had been burglarized, and about five pounds of methamphetamine valued at $75,000 were stolen, with two pounds still hidden inside his stove.

On December 13, 2007, a search warrant was served at 3372 Polk Avenue, Apartments F and G in San Diego, CA. Agents located the defendant currency, $54,980.00 in cash, in a safe under Rafa's bed in the master bedroom. Later at debriefing, Joanna Arambula ("Arambula") explained that Rafa was paying rent at the Polk Avenue apartment address and at the residence on Lincoln Street.

Rafa has never been observed going to any legitimate place of employment during the eight months of this investigation, which included active surveillance. At the time of his arrest, he claimed to be employed occasionally at A-1 Autobody, making $380-$400 per week if he goes to work. In the eight months of this investigation, Rafa was never observed at this business nor found to have any connections to this business. During the post arrest interview, Rafa admitted to living in the apartment with Arambula from which the money was found. Arambula is not employed and was never observed at any place of employment. At the time of the search warrant, Arambula stated that she was aware of

Rafa sending money wire transfers to Mexico and that Jorge Arturo Bandilla-Villa ("Chapito") worked with Rafa delivering money and drugs. On December 12, 2007, Chapito was detained at the San Ysidro Port of Entry for possession of three pounds of methamphetamine which belonged to Rafa.

The past two and one half months of intercepts against four of the OMTO primary telephones have shown the OMTO to receive its methamphetamine supply from Mexico through coordination with entities in Tijuana and Apatzingan, Michoacan, Mexico (home of the Lopez-Ontiveros) family. The OMTO has proven to be a delivery-based organization, with OMTO couriers transporting methamphetamine around the San Diego County to lower level distributors. It is estimated that the OMTO is facilitating/distributing approximately 50 pounds of methamphetamine a month in the San Diego area.

4. On and/or prior to December 13, 2007, the defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

5. Alternatively, on and/or prior to December 13, 2007, the defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

6. Alternatively, on and/or prior to December 13, 2007, the defendant currency was used or was intended to be used to facilitate a violation of Title 21 of the United States Code, Section 881.

7. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

8. The defendant currency is presently stored within the jurisdiction of this Court.

//
//
//
//
//
//

1   WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the
2  defendant, and that due notice be given to all interested parties to appear and show cause why said
3  forfeiture should not be declared.

4  DATED: May 1, 2008

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

## VERIFICATION

I, CAMERON TAYLOR, hereby state and declare as follows:

1. I am a Special Agent with the Drug Enforcement Administration.
2. I have read the foregoing complaint and know its contents.
3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on MAY 1, 2008

_____
CAMERON TAYLOR
Special Agent, Drug Enforcement Administration

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
$54,980.00 in U.S. Currency

FILED
2008 MAY -1 PM 3:01

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY _____ KMJ _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
SAUSA David M. McNees, Tel. (619) 557-5979
880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)
'08 CV 0800 H JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21 U.S.C. Section 881

Brief description of cause:
narcotics trafficking

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: May 1, 2008

SIGNATURE OF ATTORNEY OF RECORD: David McNees

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

c6