RICHARD M. BARNETT, Esq.
A Professional Law Corporation
SBN 65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (6l9) 231-1182

Attorney for Claimant
RAFAEL LOPEZ-ONTIVEROS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CV-0800-H(JMA) |
| Plaintiff, ) | **CLAIM OF RAFAEL LOPEZ-ONTIVEROS** |
| v. ) | |
| $54,980.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

  Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, Rafael Lopez-Ontiveros hereby demands the return and restitution of the defendant currency, and claims the right to defend this action as an owner of the said seized currency.

  Richard M. Barnett, attorney for Claimant Rafael Lopez-Ontiveros, is authorized to make this Claim on his behalf.

  I declare under penalty of perjury the foregoing is true and correct.

  Executed this <u>4th</u> day of June, 2008, at San Diego, CA.

            s/ Richard M. Barnett
            RICHARD M. BARNETT

            Attorney for Claimant
            RAFAEL LOPEZ-ONTIVEROS

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on June 4, 2008, I have caused service of Claim of Rafael Lopez-Ontiveros on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of June, 2008, at San Diego, California.


       s/ Richard M. Barnett
       RICHARD M. BARNETT